## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT L. GANOE, SR.,** | : | |
| **Plaintiff** | : | **No. 1:20-cv-00663** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **SECRETARY OF DEFENSE PETE** | : | |
| **HEGSETH,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, on this 31st day of March 2026, upon consideration of Defendant Secretary of Defense Pete Hegseth ("Defendant")'s motion for summary judgment, and in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion for summary judgment (Doc. No. 100), is **GRANTED** as to Counts I (CSRA) and III (age discrimination, disability discrimination, retaliation, and hostile work environment);

2. Plaintiff's Whistleblower Protection Act claim (Count II) is **DISMISSED** for lack of subject-matter jurisdiction; and

3. The Clerk of Court is directed to enter judgment in favor of Defendant and **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania